**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 19, 2022 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-20-6082 (GRB) |
| **NAME OF CASE(S):** | **EDGE SYSTEMS LLC V. CARTESSA AESTHETICS, LLC** |
| **FOR PLAINTIFF(S):** | Selvaggio |
| **FOR DEFENDANT(S):** | Stockwell, Tepera |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 3:11 - 4:00 |

**RULINGS FROM MOTION HEARING:**

Defendant's Letter Motion to Compel [57] is granted in part and denied in part. Because Plaintiff's experts Dr. Duboys and Mr. Meyst have each been designated for the two separate topics of infringement and validity, and submitted a total of six expert reports on these complex topics, the Court finds good cause to extend the time of their depositions from 7 hours to 10 hours. Similarly, Defendant's expert, Dr. Jensen, has also been designated for multiple topics and may be deposed for a total of 10 hours.