**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| EDGE SYSTEMS LLC, | ) | Civil Action No. 1:20-cv-06082-GRB-ST |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CARTESSA AESTHETICS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**DEFENDANT CARTESSA AESTHETICS, LLC'S NOTICE OF MOTION AND**
**MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '052**
**PATENT**

**PLEASE TAKE NOTICE** that Defendant Cartessa Aesthetics, LLC ("Cartessa") at a date and time to be determined by the Court, will respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Minute Order of September 15, 2022 (Dkt. 85), for an order granting summary judgment of non-infringement of Claim 1 of the '052 patent and for such other and further relief as the Court may deem just and proper. This motion is based on at least Cartessa's memorandum of law filed concurrently herewith, paragraphs 1-33 of Cartessa's previously filed statement of material facts not in dispute (Dkt. 69-1), the previously filed Declaration of Steven Tepera (Dkt. 69-2), and all papers previously filed in this action.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

DATED: November 17, 2022

By: _____

Aya Hatori (Texas Bar No. 24129120)
aya.hatori@pillsburylaw.com
Steven Tepera (Texas Bar No. 24053510)
steven.tepera@pillsburylaw.com
401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Phone: +1.512.580.9651
Fax: 512.580.9601

David G. Keyko (New York Bar No. 1309814)
david.keyko@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Tel.: 212-858-1604
Fax: 212-858-1500

*Attorneys for Defendant:*
*Cartessa Aesthetics, LLC*