UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDGE SYSTEMS LLC,

    Plaintiff,

v.

CARTESSA AESTHETICS, LLC,

    Defendant.

Civil Action No. 2:20-cv-06082-GRB-ST

FILED
CLERK
3:33 pm, Oct 15, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## STIPULATED [PROPOSED] FINAL JUDGMENT

On June 6, 2023, this Court granted Edge System LLC's ("Edge") Motion for Summary Judgment of No Invalidity of Claim 1 of U.S. Patent No. 9,550,052 [Dkt. No. 97]. On June 6, 2023, this Court also granted Cartessa Aesthetics, LLC's ("Cartessa") Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,550,052 ("the '052 Patent") [Dkt. No. 97]. Edge's claims of infringement of U.S. Patent Nos. 6,641,591 ("the 591 Patent"), 8,066,716 ("the '716 Patent"), 8,337,513 ("the '513 Patent") by Cartessa remained in dispute following entry of the summary judgment order. On September 29, 2022, in a Pre-Motion Conference, the Court granted Edge's motion for summary judgment as to Cartessa's unclean hands defense.

Thereafter, Edge and Cartessa entered into a stipulation under which: Edge agreed to dismiss with prejudice its claims of infringement of U.S. Patent No. 9,775,646 ("the 646 Patent"); and further Edge agreed to dismiss without prejudice its claims of infringement of the 591 Patent, the '716 Patent, and the '513 Patent.

IT IS ORDERED, ADJUDGED, AND DECREED that:

1

1.  Judgment is entered in favor of Edge and against Cartessa that claim 1 of U.S. Patent No. 9,550,052 is not invalid.

2.  Judgment is entered in favor of Cartessa and against Edge as to the claims of infringement of claims 1-17 of U.S. Patent No. 9,550,052 as set forth in Edge's Complaint;

3.  Judgment is entered in favor of Edge of no unclean hands as to U.S. Patent Nos. 6,641,591; 8,066,716; 8,337,513; 9,775,646, and 9,550,052.

4.  Edge's claims against Cartessa alleging infringement of U.S. Patent No. 9,775,646 are dismissed with prejudice;

5.  Edge's claims against Cartessa alleging infringement of U.S. Patent Nos. 6,641,591; 8,066,716; and 8,337,513 are dismissed without prejudice; and

6.  Each party will bear its own attorneys' fees and costs.

Because no claims are remaining in this action, the Court expressly directs the Clerk to enter this Final Judgment as set forth above pursuant to Federal Rule of Civil Procedure 58.

Dated: 10/15/2024          /s/ Gary R. Brown

                                              Hon. Gary R. Brown
                                              United States District Court Judge